# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

MARJORIE ANN DENT**,**

    Plaintiff,

  vs.                  **CASE NUMBER: 5:12-cv-1322 (GTS/RFT)**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY**,**

    Defendant.

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

All of the above pursuant to the Consent Order of the Honorable Judge Glenn T. Suddaby, dated the 13th day of February, 2013.

DATED:    February 13, 2013

*[signature]*
Clerk of Court

*[signature]*
Deputy Clerk